UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CR217-034 |
| | ) | |
| **GONZALO MENDOZA CARDENAS** | ) | |

### NOTICE OF FINAL FORFEITURE

On December 19, 2017, this Court entered a Consent Order of Forfeiture. *See* Dkt. No. 232. From January 12, 2018 through February 10, 2018, the United States published via www.forfeiture.gov notice of the Court's order and of the government's intention to dispose of one FMK 9mm caliber pistol bearing serial number BUG0075 and twenty rounds of 9mm caliber ammunition (hereinafter, the "Subject Property"). *See* Dkt. No. 263. Said notice further notified all third parties of the right to petition the Court within 60 days for a hearing to adjudicate the validity of any alleged legal interest in the Subject Property. *Id.*

Additionally, on January 12, 2018, the United States sent personal notice to Dabid Mendoza a/k/a Dubid Mendoza via Certified Mail, Return Receipt Requested notifying him of the forfeiture, the government's intention with respect to the Subject Property, and his right to contest the forfeiture within 30 days of his receipt of the direct notice. *See* Dkt. No. 246. On March 26, 2018, via First-Class Mail, the United States sent a second notice to Dabid Mendoza a/k/a Dubid Mendoza. *See* Dkt. No. 278. It appears from the record that no petition contesting forfeiture was filed within the time permitted by 21 U.S.C. § 853(n)(2).

- 2 -

Accordingly, **NOTICE IS HEREBY GIVEN** that, pursuant to Rule 32.2(c)(2) of the Federal Rules of Criminal Procedure, the Order of Forfeiture has become final as to all persons by operation of law.  All right, title, and interest in the Subject Property, whether real, personal, or mixed, has been forfeited to the United States for disposition according to law.

This 1st day of March, 2019.

                                      BOBBY L. CHRISTINE
                                      UNITED STATES ATTORNEY

                                      */s/ Xavier A. Cunningham*
                                      _____
                                      Xavier A. Cunningham
                                      Assistant United States Attorney
                                      New York Bar No. 5269477

P.O. Box 8970
Savannah, Georgia 31412
(912) 652-4422

## CERTIFICATE OF SERVICE

This is to certify that I have on this day served all the parties in this case in accordance with the Notice of Electronic Filing that was generated as a result of electronic filing in this Court.

This 1st day of March, 2019.

*/s/ Xavier A. Cunningham*
_____
Xavier A. Cunningham
Assistant United States Attorney
New York Bar No. 5269477